**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00854-CR

———————————

## IN RE DAMION VAN FLOWERS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Damion Van Flowers, incarcerated and acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to modify his jail time credits.[1] We deny the petition. Any pending motions are denied as moot.

**PER CURIAM**

---

[1] The underlying case is *The State of Texas v. Damion Van Flowers*, cause number 15-DCR-070028B, pending in the 458th District Court of Fort Bend County, Texas, the Honorable Chad Bridges presiding.

Panel consists of Justices Goodman, Landau, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).